**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| **JEFFREY HOVELL, individually and on behalf of all others similarly situated,** )<br><br>) | **Civil Action No. 2:20-cv-2804** |
| )<br>**Plaintiff,** )<br>**v.** ) | **CLASS ACTION COMPLAINT** |
| )<br>**TERMINIX GLOBAL HOLDINGS, INC.,** ) | **JURY TRIAL DEMANDED** |
| )<br>**Defendant.** ) | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Jeffrey Hovell and Defendant Terminix Global Holdings, Inc. jointly inform the Court that they have reached a settlement of this matter. The Parties are currently finalizing settlement documents. The Parties anticipate filing the appropriate dismissal papers with the Court within seven (7) days.

Dated: March 2, 2021

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

 s/ Samuel P. Strantz
Matthew G. White (TN Bar #30857)
Samuel P. Strantz (TN Bar #34461)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: 901.577.8182
Facsimile: 901.577.0804
mwhite@bakerdonelson.com
sstrantz@bakerdonelson.com

*Counsel for Defendant Terminix Global
Holdings, Inc.*

SPRAGENS LAW PLC

s/ John T. Spragens (w/ permission)
John T. Spragens
311 22nd Ave. N.
Nashville, TN 37203
615-983-8900
john@spragenslaw.com

MASON LIETZ & KLINGER LLP

s/ Gary M. Klinger (w/ permission)
Gary M. Klinger
227 W. Monroe Street
Suite 2100
Chicago, IL 60606
202-975-0477
Fax: 202-429-2294
gklinger@masonllp.com

*Counsel for Plaintiff Jeffrey Hovell*

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2021, the foregoing electronically filed document was served upon all counsel of record via the Court's CM/ECF system.

s/ Samuel P. Strantz

4846-9160-6479v2
- 10/26/2020