# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| **JEFFREY HOVELL, individually and on behalf of all others similarly situated,**     **Plaintiff,** | |
| **v.** | **No.: 2:20-cv-2804-SHM/cgc** |
| **TERMINIX GLOBAL HOLDINGS, INC.,**     **Defendant.** | **JURY TRIAL DEMANDED** |

---

## ORDER OF DISMISSAL WITH PREJUDICE
---

Before the Court is the parties' March 3, 2021 stipulation of dismissal with prejudice (D.E. 20). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED WITH PREJUDICE. Each party is to bear its own costs and attorney fees, except as outlined in the Parties' Settlement and Release Agreement.

IT IS SO ORDERED this 4th day of March, 2021.

 _/s/ Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE