IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JEFFREY HOVELL, individually
and on behalf of all others
similarly situated,

    Plaintiff,

v.                                                    No.: 2:20-cv-2804-SHM/cgc
                                                      JURY TRIAL DEMANDED

TERMINIX GLOBAL HOLDINGS,
INC.,

    Defendant.

## JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order (D.E. No. 21), docketed March 4, 2021.

# APPROVED:

*/s/ Samuel H. Mays, Jr.* _____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| March 4, 2021 | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | */s/ Jairo Mendez* |
| | (By) DEPUTY CLERK |